■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v GERALD MARTINEZ, Respondent. [628 NYS2d 568] —Appeal by the People from an order of the County Court, Suffolk County (Dounias, J.), dated December 1, 1994, which granted the defendant's motion to dismiss the indictment.

defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Jones, J.), imposed June 29, 1993, upon his conviction of criminal possession of a controlled substance in the second degree, upon his plea of guilty, the sentence being five years to life imprisonment.

Ordered that the sentence is affirmed.

The defendant voluntarily, knowingly, and intelligently waived his right to appeal his sentence *(see, People v Seaberg,* 74 NY2d 1). In any event, even if we were to reach this issue in the interest of justice, we would hold that the sentence was neither harsh nor excessive *(see, People v Phelps,* 140 AD2d 637; *People v Suitte,* 90 AD2d 80). Mangano, P. J., Sullivan, Ritter, Altman and Friedmann, JJ., concur.